UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
    Francisco J. Jayme
    Alicia Jayme
    Debtor(s).                                                         Case No. _____

## SIGNATURE PAGE: DECLARATION BY DEBTOR

Check **all that apply**:

☒ **Petition:** I declare under penalty of perjury that the information provided in the petition is true and correct.

I request relief in accordance with the chapter of title 11, United States Code, specified in the petition.

Check box if appropriate:

    ☒ *[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]* I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and <u>choose to proceed under chapter 7</u>.

☒ **Summary of Schedules with Statistical Summary of Certain Liabilities (Form B6):** I declare under penalty of perjury that I have read the Summary of Schedules including Statistical Summary of Certain Liabilities (Form B6) and that they are true and correct to the best of my knowledge and belief.

☒ **Schedules (Form B 6A - B 6J):** I declare under penalty of perjury that I have read the Schedules and that they are true and correct to the best of my knowledge and belief.

☒ **Statement of Financial Affairs:** I declare under penalty of perjury that I have read the answers contained in the statement of financial affairs and any attachments thereto, and that they are true and correct.

☒ **Statement of Intention (Official Form 8):** I declare under penalty of perjury that the Statement of Intention indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

☒ **Chapter 7 Statement of Your Current Monthly Income (Form B 22A-1), Means Test Calculation (Form B 22A-2); Chapter 11 Statement of Your Current Monthly Income (Form B 22B); or Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B22C-1), Calculation of Disposable Income (Form B 22C-2):** I declare under penalty of perjury that the information provided in the statement and in any attachments is true and correct.

Page 1 of 2            NM LF 902

Case 15-10504-t7     Doc 1-1     Filed 03/03/15     Entered 03/03/15 17:00:55 Page 1 of 2

_____
Signature of debtor  
[signature]

3/3/2015
_____
Date

_____
Signature of joint debtor  
[signature]

03/03/2015
_____
Date

❏     *[If petitioner is not an individual]* I declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

_____
Signature of authorized individual

_____
Printed name of authorized individual

_____
Title of authorized individual

_____
Date