# Notice Recipients

District/Off: 1084−1  User: frances  Date Created: 3/4/2015
Case: 15−10504−t7  Form ID: b9a  Total: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
3423179   IRS
3423180   Kansas City, Missouri 64999−0023

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Francisco J. Jayme | P.O. Box 382 | Santa Teresa, NM 88008 | |
| jdb | Alicia Jayme | 105 Thoroughbred Ct. | Sunlad Parke, NM 88063 | |
| ust | United States Trustee | PO Box 608 | Albuquerque, NM 87103−0608 | |
| tr | Clarke C. Coll | PO Box 2288 | Roswell, NM 88202−2288 | |
| aty | J. Preston Paschall | Law Office of J. Preston Paschall | 1690 North Main St | Las Cruces, NM 88001 |
| 3423173 | Acme Credit Services | 1124 S 8th St. | Springfield, IL 62703 | |
| 3423174 | BAC Home Loans | 18 Tapo Canyon | Simi Valley, CA 93063 | |
| 3423175 | Credit Systems International | 1277 County Club Ln. | Ft. Worth, TX 76112 | |
| 3423176 | Dept. of Ed/NAVIENT | P.O. Box 9635 | Wilkes Barre, PA 18773 | |
| 3423177 | Dona Ana County | 845 N Motel Blvd. | RM 1−200 | Las Cruces, NM 88007 |
| 3423178 | Investigation & Recovery | P.O. Box 317 | Beaver Dam, WI 53916 | |
| 3423181 | Joe and Rosana Monge | c/o Law Offices of Michael Nevarez | 5915 Silver Springs Dr., Bldg. 6 Ste B | El Paso, TX 79912 |
| 3423182 | Law Offices of Michael Nevarez, El Paso, | c/o Law Offices of Michael Nevarez | 5915 Silver Springs Dr., Bldg. 6 Ste B | El Paso, Texas 79912 |
| 3423189 | New Mexico Taxation & Revenue Department | PO Box 8575 | Albuquerque NM 87198−8575 | |
| 3423183 | Pinnacle Credit Services | P.O. Box 640 | Hopkins, Minnesota 55343 | |
| 3423184 | Saxon Mortgage SVS | 4718 Mercantile Dr. North | Ft. Worth, TX 76137 | |

TOTAL: 16