```
                              United States Bankruptcy Court
                                  District of New Mexico
In re:                                                          Case No. 15-10504-t
Francisco J. Jayme                                              Chapter 7
Alicia Jayme
         Debtors                    CERTIFICATE OF NOTICE
District/off: 1084-1          User: frances              Page 1 of 1           Date Rcvd: Mar 04, 2015
                              Form ID: b9a               Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2015.
db           +Francisco J. Jayme,    P.O. Box 382,    Santa Teresa, NM 88008-0382
jdb          +Alicia Jayme,    105 Thoroughbred Ct.,    Sunlad Parke, NM 88008-9130
tr            Clarke  C. Coll,    PO Box 2288,    Roswell, NM 88202-2288
3423173      +Acme Credit Services,    1124 S 8th St.,    Springfield, IL 62703-2594
3423174       BAC Home Loans,    18 Tapo Canyon,    Simi Valley, CA 93063
3423177      +Dona Ana County,    845 N Motel Blvd.,    RM 1-200,    Las Cruces, NM 88007-8100
3423178      +Investigation & Recovery,     P.O. Box 317,    Beaver Dam, WI 53916-0317
3423181      +Joe and Rosana Monge,     c/o Law Offices of Michael Nevarez,
               5915 Silver Springs Dr., Bldg. 6 Ste B,    El Paso, TX 79912-4126
3423182      +Law Offices of Michael Nevarez, El Paso,,    c/o Law Offices of Michael Nevarez,
               5915 Silver Springs Dr., Bldg. 6 Ste B,    El Paso, Texas 79912-4126
3423183      +Pinnacle Credit Services,    P.O. Box 640,    Hopkins, Minnesota 55343-0640
3423184      +Saxon Mortgage SVS,    4718 Mercantile Dr. North,    Ft. Worth, TX 76137-3605
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: p.doglaw@gmail.com Mar 05 2015 00:09:42     J. Preston Paschall,
               Law Office of J. Preston Paschall,    1690 North Main St,    Las Cruces, NM  88001
ust           E-mail/Text: USTPREGION20.OC.ECF@USDOJ.GOV Mar 05 2015 00:09:51     United States Trustee,
               PO Box 608,    Albuquerque, NM  87103-0608
3423175      +E-mail/Text: CSIREQ@CREDITSYSTEMSINTL.COM Mar 05 2015 00:09:50     Credit Systems International,
               1277 County Club Ln.,    Ft. Worth, TX 76112-2304
3423176      +EDI: NAVIENTFKASMDOE.COM Mar 05 2015 00:13:00     Dept. of Ed/NAVIENT,    P.O. Box 9635,
               Wilkes Barre, PA 18773-9635
3423189       EDI: NMTRD.COM Mar 05 2015 00:13:00     New Mexico Taxation & Revenue Department,    PO Box 8575,
               Albuquerque NM 87198-8575
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3423179        IRS
3423180        Kansas City, Missouri 64999-0023
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2015                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2015 at the address(es) listed below:
              Clarke  C. Coll    clarkecoll@gmail.com, nm14@ecfcbis.com
              J. Preston Paschall    on behalf of Joint Debtor Alicia  Jayme p.doglaw@gmail.com
              J. Preston Paschall    on behalf of Debtor Francisco J. Jayme p.doglaw@gmail.com
              United States Trustee    ustpregion20.aq.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
District of New Mexico

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/3/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francisco J. Jayme
  fdba Monroj Investments
  fdba Northeast Patriot Plaza
  fdba Ludgate Investments
P.O. Box 382
Santa Teresa, NM 88008

Alicia Jayme
  aka Alicia Rejas de Jayme
105 Thoroughbred Ct.
Sunlad Parke, NM 88063

Case Number:
15−10504−t7

Social Security or Individual Taxpayer ID No(s)/Employer ID/Other Nos.:
xxx−xx−7644
xxx−xx−7736

Attorney for Debtor(s) (name and address):
J. Preston Paschall
Law Office of J. Preston Paschall
1690 North Main St
Las Cruces, NM 88001
Telephone number: 575−523−0024

Bankruptcy Trustee (name and address):
Clarke C. Coll
PO Box 2288
Roswell, NM 88202−2288
Telephone number: 575−623−2288

## Meeting of Creditors
Date: **April 28, 2015**      Time: **10:30 AM**
Location: **Hilton Garden Inn, 2550 South Don Roser Drive, Esperanza Room, Las Cruces, NM 88001−9126**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 6/29/15**
**Deadline to File Certification of Completion of Postpetition Instructional Course in Personal Financial Management: 6/29/15**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

Address of the Bankruptcy Clerk's Office:
Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
Telephone number: 505−348−2500/866−291−6805
www.nmb.uscourts.gov

For the Court:
Clerk of the Bankruptcy Court:
Norman H. Meyer, Jr.

Hours Open: Monday − Friday 8:30 AM − 4:30 PM      Date: 3/4/15

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. If you are an attorney, you are required to file papers electronically. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––