Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, Suite 360
Albuquerque, NM 87102
505–415–7999/866–291–6805
www.nmb.uscourts.gov

Case No.:   15–10504–t7
Chapter: 7
Judge:  David T. Thuma
Judge/341 Location:  TL

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Francisco J. Jayme
  fdba Monroj Investments
  fdba Northeast Patriot Plaza
  fdba Ludgate Investments
103 Horseshoe Court
Santa Teresa, NM 88008
SSN/ITIN(if any):  xxx–xx–7644

Alicia Jayme
  aka Alicia Rejas de Jayme
  aka Alicia Rojas de Jayme
103 Horseshoe Court
Santa Teresa, NM 88008
SSN/ITIN(if any): xxx–xx–7736

### **FINAL DECREE**

The estate of the debtor(s) having been fully administered,

IT IS ORDERED that Clarke C. Coll is discharged as trustee of the estate, the bond is cancelled, and this chapter 7 case is closed.

David T. Thuma
United States Bankruptcy Judge

nm_finaldecree.jsp